# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK L. WAINWRIGHT, ) | 3:06-CV-0455-LRH (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | September 14, 2006 |
| HARLEY-DAVIDSON CREDIT ) CORP., a Nevada corporation, ) | |
| Defendant. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion for More Definite Statement (Doc. #2). There has been no opposition.

LR 7-2(d) provides in pertinent part that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Defendant's Motion for More Definite Statement (Doc. #2) is **GRANTED**. Plaintiff shall have twenty (20) days from the date of this order in which to file an Amended Complaint which corrects the deficiencies complained of by Defendant in its Motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk